AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DAMRELL, JR., FRANK C | USDC EASTERN DISTRICT OF CALIF | 04/30/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address  CHAMBERS OR OFFICE ADDRESS 501 I STREET, SUITE 15-210 SACRAMENTO, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2008 MAY 12 A 11: 58

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 04/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 04/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLIANCEBERNSTEIN HLDG LP | A | Int./Div. | K | T | Reinvest div | 2007 | J | | |
| 2. CBL & ASSOC PPTYS INC | A | Dividend | J | T | Sold part | 05/22 | J | B | |
| 3. HCP, INC. | A | Dividend | J | T | Sold part | 05/22 | J | A | |
| 4. KINDER MORGAN ENERGY PRTNRS LP | A | Int./Div. | K | T | Reinvest div | 2007 | J | | |
| 5. NATIONWIDE HEALTH PPTYS INC. | A | Dividend | J | T | Sold part | 05/22 | J | B | |
| 6. SIMON PPTYS GROUP INC NEW | A | Dividend | J | T | Sold part | 05/22 | J | D | |
| 7. COHEN & STEERS ADVANTAGE INCOME REALTY FUND INC | B | Dividend | J | T | Sold part | 05/22 | J | B | |
| 8. CORTS FOR GREAT WEST FIN TR | A | Dividend | | | Sold | 02/01 | K | A | |
| 9. CORTS-GS CAP I TR 6% SER II | A | Dividend | J | T | | | | — | |
| 10. WELLS FARGO CAP 5.625% CAP TRUSE IX | A | Dividend | J | T | | | | | |
| 11. CALAMOS GROWTH AND INCOME FUND | C | Dividend | K | T | Sold part | 01/25 | J | A | |
| 12. MAINSTAY HIGH YIELD CORPORATE BOND FD CL A | B | Dividend | J | T | Sold part | 07/12 | K | A | |
| 13. PIMCO REAL RETURN FUND CL A | A | Dividend | | | Sold | 01/26 | K | A | |
| 14. CALAMOS GROWTH FD CL A | B | Dividend | J | T | Reinvest div | 2007 | J | | |
| 15. CITI SMITH BARNEY BANK PROGRAM | A | Interest | K | T | | | | | |
| 16. BANK OF AMERICA | C | Interest | M | T | | | | | |
| 17. AEGON N.V 7.25% PFD | A | Dividend | J | T | Buy | 09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ASBC CAPITAL I 7.625% | A | Interest | J | T | Buy | 0713 | J | | |
| 19. CITIGROUP CAPITAL VII 7.125% | A | Interest | J | T | Buy | 07/13 | J | | |
| 20. CITIGROUP CAPITAL XIX 7.25% | A | Interest | J | T | Buy | 08/08 | J | | |
| 21. KEYCORP CAPITAL VIII 7.0% | A | Interest | J | T | Buy | 07/13 | J | | |
| 22. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, LINE 3, HCP, INC. WAS FORMALY KNOWN AS HEALTH CARE PROPERTY INVS INC

PART VII, LINE 15, CITI SMITH BARNEY WAS FORMALY KNOWN AS SMITH BARNEY CITIGROUP

| Name of Person Reporting | Date of Report |
| --- | --- |
| DAMRELL, JR., FRANK C | 04/30/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544